UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICHOLAS STERLING LITTLE,<br><br>              Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>              Respondent. | CASE NO. 2:24-cv-01244-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition, which is second or successive, is dismissed without prejudice for lack of jurisdiction.

(3)    Petitioner's IFP motion (Dkt. 1) and all proposed motions and requests (Dkts. 1-3, 1-4, 1-5) are denied as moot.

(4)    A certificate of appealability is denied in this case.

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 5th day of September, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2